

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

January 16, 2018

**VIA ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Carmody v. Gothamist LLC (1:17-cv-07210-JPO)*

Dear Judge Oetken,

       We represent plaintiff Bryan Carmody, in the above in captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                            Respectfully Submitted,

                                            /s/Richard Liebowitz
                                            Richard Liebowitz

                                            *Counsel for Plaintiff Bryan Carmody*

Liebowitz Law Firm, PLLC